

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00145-CR

Yao **YAO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 364326
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.

SIGNED April 24, 2013.

_____
Catherine Stone, Chief Justice